**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHERYL-ANN THOMAS/SMITH,

                Plaintiff,

-against-                             25 **CIVIL** 3687 (LLS)

                                            **JUDGMENT**

CONSOLIDATED EDISON COMPANY OF
NEW YORK INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2025, the Court dismisses Plaintiff's claims under Section 1983 for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of Plaintiff's claims under state law. See 28 U.S.C. § 1367(c)(3); accordingly, the case is closed.

**Dated:** New York, New York

      August 29, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                           **BY:**        K. Mango

                                                    **Deputy Clerk**